District Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  MC10-5027-BHS-KLS |
| Petitioner, | ) |
| v. | ) |
| JAMES DEKOKER, as President of COUNTRY TRACTOR & GARDEN, INC., | ) ORDER REQUIRING RESPONDENT ) TO SHOW CAUSE REGARDING ) CONTEMPT OF COURT |
| Respondent. | ) |

Upon petition of the United States, and good cause appearing, now therefore,

IT IS HEREBY ORDERED that the respondent, James DeKoker, as President of Country Tractor & Garden, Inc., shall appear before this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom  F**  , Tacoma, Washington, on **April 27, 2011, at 10:00 a.m.**, and show cause, if any he has, why he should not be held in contempt of this Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Order of Enforcement of Summons entered in this case on January 5, 2011.

**RESPONDENT, JAMES DEKOKER, IS HEREBY NOTIFIED THAT IF HE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT.**

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 1
(MC10-5027-BHS-KLS)

1       The United States Marshal shall serve a copy of the Petition for Order to Show

2  Cause Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of

3  Court upon the respondent, James DeKoker, as President of Country Tractor & Garden,

4  Inc., and file with the Clerk an appropriate return.

5

6       DATED this 30th day of March, 2011.

7

8

9

10

11                  Karen L. Strombom

12                  United States Magistrate Judge

13

14

15  Presented by:

16

17

18  /s/ Robert P. Brouillard

      ROBERT P. BROUILLARD, WSBA# 19786

19  Assistant United States Attorney

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 2
(MC10-5027-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970